**NOT DESIGNATED FOR PUBLICATION**

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

NUMBER 2023 CA 1186

FLORIDA GAS TRANSMISSION COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

**Judgment Rendered:** DEC 2 3 2024

* * * * * *

Appealed from the
Twenty-Third Judicial District Court
In and for the Parish of Assumption
State of Louisiana
Suit Number 34,316

Honorable Thomas J. Kliebert, Jr., Presiding

* * * * * *

James M. Garner
Jeffrey D. Kessler
Martha Y. Curtis
Darnell Bludworth
Christopher T. Chocheles
New Orleans, LA

Robert Ryland Percy, III
Gonzales, LA

Travis J. Turner
Gonzales, LA

Counsel for Appellant/Defendant/
Third-Party Plaintiff
Texas Brine Company, LLC

Roy C. Cheatwood
Kent A. Lambert
Adam B. Zuckerman
Leopoldo J. Yanez
Lauren Brink Adams
Matthew C. Juneau
Colleen C. Jarrott
New Orleans, LA

Counsel for Appellee/Defendant/
Third-Party Defendant
Legacy Vulcan Corporation f/k/a
Vulcan Materials Company

Antonio M. "Tony" Clayton
Port Allen, LA

\* \* \* \* \* \*

BEFORE: GUIDRY, C.J., WOLFE AND MILLER, JJ.

**GUIDRY, C.J.**

This dispute is one of many arising out of the August 2012 sinkhole that appeared near Bayou Corne in Assumption Parish. Following the emergence of the sinkhole, numerous lawsuits were filed by various parties against Texas Brine Company, LLC ("Texas Brine"). Florida Gas Transmission Company, LLC, one of the several pipeline companies that sued Texas Brine, filed the instant suit under docket number 34316. Texas Brine responded to the lawsuits by filing incidental demands asserting tort and contract claims against various other parties, including the third-party defendant/appellee in this appeal, Legacy Vulcan, LLC f/k/a Legacy Vulcan Corporation and/or Vulcan Materials Company ("Legacy Vulcan"). A more detailed discussion of the factual and procedural history of the litigation is contained in Pontchartrain Natural Gas System v. Texas Brine Company, LLC, 18-1249 (La. App. 1st Cir. 12/30/20), 317 So. 3d 715, 724, writ denied, 21-00382 (La. 6/8/21), 317 So. 3d 323 and Florida Gas Transmission Company, LLC v. Texas Brine Company, LLC, 18-1391 (La. App. 1st Cir. 5/3/21), 324 So. 3d 1090, writs denied, 21-00770, 21-00773 (La. 10/19/21), 326 So. 3d 255.

Due to the size and complexity of the litigation, the district court issued an order in September 2016 outlining four phases of trial for the various claims raised. Pontchartrain Natural Gas System, 18-1249 at p. 6, 317 So. 3d at 725. Herein, Texas Brine seeks review of the Phase 2 damages judgment,[1] as well as review of several interlocutory judgments related thereto. Another panel of this court recently decided an identical appeal involving the exact same judgment, parties, evidence,

---

[1] On October 4, 2024, this panel issued an interim order questioning the validity of the Phase 2 judgment signed by the district court on December 1, 2022, which awards "tort" damages to Texas Brine, but contains no liability decree for a tort claim. We therefore remanded this matter to the district court to issue an amended judgment. The amended judgment signed by the district court on October 29, 2024, does not differ in any material respect from the December 1, 2022 judgment. See Pontchartrain Natural Gas System v. Texas Brine Company, LLC, 23-0986, p. 2 n.1 (La. App. 1st Cir. 12/12/24), ___ So. 3d ___, 2024 WL 5084321 at *1 n.1.

3

assignments of error, and factual and legal considerations.[2] See Pontchartrain Natural Gas System v. Texas Brine Company, LLC, 23-0986 (La. App. 1st Cir. 12/12/24), ___ So. 3d ___, 2024 WL 5084321. Constrained by that opinion, we adopt by reference the discussion of the procedural history and the evidence presented in the Phase 2 proceedings, as well as the analysis of the issues raised on appeal. Accordingly, for the reasons more fully set forth in Pontchartrain Natural Gas System, ___ So. 3d ___, 2024 WL 5084321, we issue the following rulings.

We reverse the January 18, 2022 judgment granting Legacy Vulcan's motion for partial summary judgment and dismissing with prejudice Texas Brine's claims under the Amended Operating Agreement. Accordingly, we vacate the portion of the October 29, 2024 judgment against Legacy Vulcan and in favor of Texas Brine in the amount of $11,896,554.80 and remand this matter to the district court for further proceedings. We affirm the remaining portion of the October 29, 2024 judgment decreeing the amount of Texas Brine's damages. Finally, we affirm the following interlocutory judgments rendered by the district court in the course of the proceedings below:

- the January 18, 2022 judgment dismissing with prejudice Texas Brine's claims for double recovery of insured losses and liabilities;

- the July 19, 2022 judgment dismissing with prejudice Texas Brine's claims against Legacy Vulcan for the alleged costs associated with vendors, Commerce Title & Abstract Company and Right of Way

---

[2] The other pipeline companies that also filed suit against Texas Brine are Pontchartrain Natural Gas System, K/D/S Promix, L.L.C. and Acadian Gas Pipeline, which filed suit under docket number 34265, and Crosstex Energy Services, LP, Crosstex LIG, LLC, and Crosstex Processing Services, LLC, which filed suit under docket number 34202. Appeals were filed in the three separate "pipeline cases" following the joint Phase 2 damages trial.

4

Services, Inc., to recover closing costs and appraisal costs associated with Texas Brine's voluntary acquisition of properties;

- the July 19, 2022 judgment dismissing with prejudice Texas Brine's claim against Legacy Vulcan for capitalized interest;

- the April 26, 2022 judgment granting Legacy Vulcan's motion to strike all discovery and expert reports related to Texas Brine's specific lost opportunity claim regarding the sale of its Baytown and Napoleonville properties;

- the May 5, 2022 judgment dismissing with prejudice Texas Brine's claim under the Assignment of the Salt Lease; and

- the July 19, 2022 judgment denying Texas Brine's motion for partial summary judgment regarding Legacy Vulcan's liability as an intentional tortfeasor.

We issue this memorandum opinion in accordance with Uniform Rules of Louisiana Courts of Appeal, Rule 2-16.1(B) and order Texas Brine Company, LLC and Legacy Vulcan, LLC to bear their own costs on appeal.

**JANUARY 18, 2022 PARTIAL SUMMARY JUDGMENT IN FAVOR OF LEGACY VULCAN, LLC IS REVERSED. THE PORTION OF THE OCTOBER 29, 2024 JUDGMENT IN FAVOR OF TEXAS BRINE COMPANY, LLC AND AGAINST LEGACY VULCAN, LLC IN THE AMOUNT OF $11,896,554.80 IS VACATED AND REMANDED. THE PORTION OF THE OCTOBER 29, 2024 JUDGMENT DECREEING THE AMOUNT OF TEXAS BRINE COMPANY, LLC'S DAMAGES IS AFFIRMED. ALL OTHER JUDGMENTS ON APPEAL ARE AFFIRMED.**